[No. 3563-1.     Division One.     November 8, 1976.]

CAR WATCO, INC., ET AL, *Plaintiffs*, KENNETH D. OWEN, ET AL, *Appellants*, v. NATURAL GAS CORPORATION OF WASHINGTON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King

**1018**

County, No. 770325, Robert M. Elston, J., entered January 27, 1975. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Farris and Callow, JJ.